**Opinion issued May 26, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00544-CV

————————————

## IN RE REINALDO J. AGUIAR MARCANO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus and Injunction

---

### MEMORANDUM OPINION

On May 21, 2026, Relator Reinaldo J. Aguiar Marcano filed an "Emergency Petition for Writs of Mandamus and Injunction, and Request for Immediate Interim Relief" requesting that we compel the Clerk of this Court to take various actions regarding Relator's filings.[1] We deny the petition and all related requests for relief. All pending motions are denied.

---

[1]   The underlying case is *In the Matter of the Marriage of Gloria Espina and Reinaldo J. Aguiar and In the Interest of M.A.A., a child,* cause number 25-DCV-328122, pending in the 387th District Court of Fort Bend County, Texas, the Honorable Oscar M. Telfair III presiding.

## PER CURIAM

Panel consists of Justices Gunn, Caughey, and Morgan.